■ MARY M. DREW, Appellant, v. TROY FIFTH AVENUE BUS CO., INC., Respondent.— Decision of this court handed down August 13, 1959 (*ante*, p. 587) amended to read as follows: Order and judgment unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ ROBERT I. MCNAUGHTON, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33587.) — Motion to dismiss appeal granted, by default, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ BIJOU TRAINOR, as Coadministratrix of the Estate of AIMEE HENREQUES, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to open default and vacate order dismissing appeal granted and appeal reinstated, upon condition the appellant perfect appeal, file and serve record and brief on or before October 30, 1959 and is ready for argument at the November Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MARVIN CRAWFORD, Defendant.— Motion for assignment of counsel denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ GUY RITTER, as Administrator of the Estate of FREDERICK G. RITTER, Deceased, Respondent, v. MARTIN W. ZUNFT, Appellant.— Motion to add appeal to the September Term Calendar. Motion granted and case added to the foot of the present calendar. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of SYDNEY GROSSMAN, Respondent, against HUDSON VALLEY HOSTELRIES, INC., et al., Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD J. SADNESS, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of TIMOTHY MALONEY, Respondent, against SPERRY GYROSCOPE CO., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal taken by notice of appeal dated April 6, 1959 granted, upon consent, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of EDWARD W. WAGNER, Respondent, against CITY PRODUCTS CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down June 16, 1959 (8 A D 2d 914), amended to provide as follows: Motion to dismiss appeal, taken by notice of appeal dated April 8, 1959, granted, without costs. Cross motion for an order to delete certain findings denied, without costs and without prejudice to its renewal upon the argument of the appeal herein. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.